UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-cv-00344-PGB-TBS

BRETT NYQUIST,

    Plaintiff,

vs.

THE GROUP HEALTH BENEFIT PLAN
FOR ASSOCIATES OF PUBLIX
SUPERMARKETS, INC., PUBLIX SUPER
MARKETS, INC., BLUE CROSS AND
BLUE SHIELD OF FLORIDA, INC., and
BLUE CROSS AND BLUE SHIELD OF
SOUTH CAROLINA, INC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND
## REQUEST FOR ADMINISTRATIVE CLOSURE

Plaintiff, Brett Nyquist and Defendants, The Group Health Benefit Plan for Associates of Publix Supermarkets, Inc., Publix Super Markets, Inc., and Blue Cross and Blue Shield of South Carolina, Inc. ("Defendants"), pursuant to Local Rule 3.08, jointly inform the Court that the parties have reached an amicable settlement of this matter in its entirety. The parties ask this Court to administratively close this matter, subject to the right of any party to move the Court within 30 days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to reopen the case for further proceedings.

The parties are now in the process of memorializing the confidential agreement they reached to conclude this litigation. The parties expect to submit a joint notice of dismissal *with* prejudice within 30 days of the date of this Joint Notice.

Respectfully submitted this 17th day of May, 2018.

| | |
|---|---|
| /s/ Jeffrey L. Greyber_____ | /s/ Daniel Alter_____ |
| Jeffrey L. Greyber, Esq. FBN 41103 | Daniel Alter, Esq. FBN 0033510 |
| jgreyber@merlinlawgroup.com and | dan.alter@gray-robinson.com |
| hcasebolt@merlinlawgroup.com, | GrayRobinson, P.A. |
| Merlin Law Group, P.A. | 401 East Las Olas Boulevard, Suite 1000 |
| 222 Lakeview Ave., Suite 1250 | Fort Lauderdale, Florida 33301 |
| West Palm Beach, Florida 33401 | Telephone: 954-761-8111 |
| Telephone: 561-855-2120 | Facsimile: 954-761-8112 |
| Facsimile: 561-249-1283 | *Counsel for Defendants* |
| C*ounsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic filing generated by CM/ECF on Jeffrey L. Greyber, Esq., Merlin Law Group, P.A., 222 Lakeview Ave., Suite 950, West Palm Beach, Florida 33401, Telephone: 561-855-2120, Fax: 561-249-1283, email: jgreyber@merlinlawgroup.com and hcasebolt@merlinlawgroup.com, *counsel for Plaintiff*.

        s/ Daniel Alter_____
        DANIEL ALTER, Florida Bar No. 0033510
        dan.alter@gray-robinson.com
        GRAY ROBINSON, P.A.
        401 East Las Olas Boulevard, Suite 1000
        Fort Lauderdale, Florida 33301
        Telephone: (954) 761-8111
        *Counsel for Defendants*

\821526\17 - # 5096030 v1