UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-cv-00344-PGB-TBS

BRETT NYQUIST,

                Plaintiff,

vs.

THE GROUP HEALTH BENEFIT PLAN
FOR ASSOCIATES OF PUBLIX
SUPERMARKETS, INC., PUBLIX SUPER
MARKETS, INC., BLUE CROSS AND
BLUE SHIELD OF FLORIDA, INC., and
BLUE CROSS AND BLUE SHIELD OF
SOUTH CAROLINA, INC.

                Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH* PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brett Nyquist and Defendants, The Group Health Benefit Plan for Associates of Publix Supermarkets, Inc., Publix Super Markets, Inc., and Blue Cross and Blue Shield of South Carolina, Inc., stipulate to the dismissal of this action in its entirety *with* prejudice, with each party bearing his/their own costs and attorney's fees.

Respectfully submitted this 11th day of June, 2018.

/s/ Jeffrey L. Greyber_____      /s/ Daniel Alter_____
Jeffrey L. Greyber, Esq. FBN 41103    Daniel Alter, Esq. FBN 0033510
jgreyber@merlinlawgroup.com and       dan.alter@gray-robinson.com
hcasebolt@merlinlawgroup.com,         GrayRobinson, P.A.
Merlin Law Group, P.A.                401 East Las Olas Boulevard, Suite 1000
222 Lakeview Ave., Suite 1250         Fort Lauderdale, Florida  33301
West Palm Beach, Florida 33401        Telephone:  954-761-8111
Telephone: 561-855-2120               Facsimile: 954-761-8112
Facsimile: 561-249-1283               *Counsel for Defendants*
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day via transmission of Notices of Electronic filing generated by CM/ECF on Jeffrey L. Greyber, Esq., Merlin Law Group, P.A., 222 Lakeview Ave., Suite 950, West Palm Beach, Florida 33401, Telephone: 561-855-2120, Fax:    561-249-1283,    email:      jgreyber@merlinlawgroup.com    and hcasebolt@merlinlawgroup.com, *counsel for Plaintiff.*

s/ Daniel Alter_____
DANIEL ALTER, Florida Bar No. 0033510
dan.alter@gray-robinson.com
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida  33301
Telephone:  (954) 761-8111
*Counsel for Defendants*

\821526\17 - # 5106202 v1